UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIE FRANK WRIGHT,

Plaintiff,

-against-

TIDAL MUSIC LLC,

Defendant.

26-CV-9331 (ER)

ORDER OF SERVICE

EDGARDO RAMOS, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action invoking the Court's federal question and diversity jurisdiction, 28 U.S.C. §§ 1331, 1332. By order dated October 29, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

**DISCUSSION**

**A. Service on Defendant Tidal Music, LLC**

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to assistance from the court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall

[1] Although a summons and complaint generally must be served within 90 days of the date the complaint is filed, *see* Fed. R. Civ. P. 4(m), Plaintiff proceeds IFP and could not effectuate service until the Court reviewed the complaint and ordered that any summonses issue. The Court therefore extends the time to serve until 90 days after the date the summons issues.

If service is not effectuated within this 90-day period, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendant Tidal Music, LLC, through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this defendant. The Clerk of Court is further instructed to issue a summons for this defendant and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon this defendant.

**B. Application to Register for Electronic Case Filing**

Plaintiff submitted a motion for permission to file electronically on the CM/ECF system ("e-filing"), but he has not completed the form other than to indicate that he has an email account to receive notifications.[2] (ECF 3.) Because the information provided in support of the motion for e-filing is incomplete, the Court denies Plaintiff's motion, without prejudice to renewal.

Plaintiff can consent to accept service of documents in this action by email, instead of postal mail, without requiring permission from the court, but he has not yet done so. A copy of the consent to electronic service ("e-service") form is attached to this order.

Plaintiff lists his mailing address in Macon, Georgia, and court orders and documents filed in this action will be served on Plaintiff by postal mail to that address until he either consents to e-service or is granted permission for e-filing. Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

[2] It is unclear if Plaintiff intended to consent to electronic service, rather than seeking permission for leave for electronic filing.

## CONCLUSION

Plaintiff's motion for permission to file electronically on the CM/ECF system (ECF 3) is denied without prejudice to renewal.

The Clerk of Court is directed: (1) to mail Plaintiff an information package and consent to e-service form; and (2) to issue a summons for Defendant Tidal Music, LLC, complete the USM-285 form with Defendant's address, and deliver to the U.S. Marshals Service all documents necessary to effect service.

SO ORDERED.

Dated: November 6, 2026
New York, New York

EDGARDO RAMOS
United States District Judge

**SERVICE ADDRESSES FOR DEFENDANTS**

1. Tidal Music, LLC
   799 Broadway
   New York, NY 10003

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

Name (Last, First, MI)

| Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number | E-mail Address |
|---|---|

| Date | Signature |
|---|---|

Click Here to Save